HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NW ADMINISTRATORS, INC.,

    Plaintiff,

    v.

ARATA EXPOSITIONS, INC.,

    Defendant.

CASE NO. C13-2323RAJ

ORDER

        This matter comes before the court on Plaintiff's motion to amend the court's March 31, 2014 judgment. Dkt. #10. Plaintiff points out that while the judgment accurately summarizes the constituent amounts of the judgment, it makes an arithmetical error in adding those amounts together. Thus, whereas the judgment states a total amount of $11,336.53, it should have stated a total amount of $11,386.53. The court GRANTS the motion, and directs the clerk to VACATE the March 31 judgment and enter an amended judgment correcting the error.

        DATED this 9th day of April, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1